*197 MR. JUSTICE HARRISON,
dissenting:
I find that the significant, substantial and inappropriate changes in the deposition testimony of Giacoletto made over some 29 weeks after the hearing should have been stricken from the record. Here the decision of the Workers’ Compensation Court should be reversed for a lack of substantial credible evidence and an order issued directing the Workers’ Compensation Court to find the Industrial Indemnity Company not liable to the respondent for the payment of any workers’ compensation benefits.
In addition, I would find that the respondent’s refusal to follow prescribed medical treatment constituted a superseding, intervening cause that broke any chain of causation from his alleged injury to the disability for which he complains.
MR. JUSTICE GULBRANDSON joins in the foregoing dissent of MR. JUSTICE HARRISON.